

# UNITED STATES DISTRICT COURT

### for the

### Middle District of Georgia

| Ron McClain | **Repayment Agreement and Order** | No: 4:15-CR-21-001 |

On August 19, 2016, Ron McClain was sentenced to 42 months imprisonment followed by a 60 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. McClain. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:

1. As a result of the judgment entered against me on August 19, 2016, I have been ordered to pay a total restitution of $253,651.03 and a special assessment of $100.00.

2. On March 22, 2019, I began my service of 60 months of supervised release. The mandatory assessment was satisfied on December 10, 2017. The current balance of my restitution is $191,539.36.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July, 2019, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 plus 25% of gross income in excess of $1,500 per month during the term of supervision.

_Ron McClain_ — 06/13/2019
Ron McClain / Date

_Antwan Walker_ — 6/13/19
Antwan Walker, U.S. Probation Officer / Date

_[signature]_ — 7-24-19
Assistant U.S. Attorney / Date

---

THE COURT ORDERS:

[x] Approval   ☐ Disapproval

S/Clay D. Land
Clay D. Land
Chief U.S. District Judge

8/5/2019
Date