```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

UNITED STATES OF AMERICA,      *
      Plaintiff,
                               *
vs.
                               *
RON MCCLAIN,
      Defendant,               *       CASE NO. 4:15-CR-21 (CDL)

   and                         *

AMIRCANI LAW, LLC,             *
      Garnishee.
                               *
```

O R D E R

The Court issued a writ of continuing garnishment to Maha Amircani and Amircani Law, LLC ("Garnishee"). Garnishee answered the writ, stating that Garnishee holds $102,500.00 in personal injury settlement proceeds but denying that the funds are subject to garnishment. The Court ordered Garnishee to deposit $65,135.30 of the settlement proceeds into the registry of the Court.[1] The Court also ordered Garnishee to file a notice providing the Court with the names and addresses of all persons and entities Garnishee claims to have an interest in the funds.

---

[1] In the answer to the writ of garnishment, Garnishee asserted that $37,364.70 belongs to Garnishee as attorney's fees and expenses. The Government proposed permitting that amount be used as Garnishee sees fit, such as to satisfy attorney's fees, satisfy Defendant's medical expenses, or some combination of the two. Gov't's Resp. to Garnishee's Answer, ECF No. 312.

Garnishee paid the funds into the Court's registry and submitted the notice of interested parties on March 3, 2023. According to the notice of interested parties, the following entities may have a claim to the funds:

```
WellStar North Fulton Hospital
3000 Hospital Boulevard
Roswell, GA 30076

EMS Ventures, Inc.
50 South Main Street Suite 401
Akron, Ohio 44306

Back Pain Relief Services & Consulting, Inc.
8800 Roswell Road Suite 225
Sandy Springs, Georgia 30350

Vida Chiropractic Center
10709 Alpharetta Highway
Roswell, GA 30076

Georgetown Clinics
236 Johnson Ferry Road SE Suite 200
Atlanta, Georgia 30328

Elite Radiology
2623 North Decatur Road
Decatur, Georgia 30033

Barbour Orthopedics & Sports Med
3240 NE Expressway NE Suite 100
Atlanta, Georgia 30341
```

The Clerk shall mail this Order to each of the above entities, enclosing a copy of Garnishee's Notice of Persons and Entities with Interests in Proceeds (ECF No. 317). Within twenty-one days of the date of this Order, any entity that claims an interest in the funds that are held in the Court's registry (including the Government), shall file a motion for disbursement of funds setting

forth the legal basis for disbursement of the funds to that entity. Any responses to any claims shall be filed within 14 days of the filing of the claim.  This matter shall be submitted by the Clerk to the Court no later than May 12, 2023 for final determination of all claims.

    IT IS SO ORDERED, this 30th day of March, 2023.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA